UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HARRIS LESMAN,

        Plaintiff,

        -against-

THE METROPOLITAN MUSEUM OF ART
LONG TERM DISABILITY PLAN AND
SUN LIFE INSURANCE AND ANNUITY
COMPANY OF NEW YORK,

        Defendants.
------------------------------------------------------X

1:06-cv-2946-RJH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/06

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having examined said stipulation and being duly advised, now approves same.

**IT IS THEREFORE ORDERED** that this cause of action is hereby dismissed with prejudice.

Dated: December 19, 2006.

                                          Marshal Judge, United States District Court

**DISTRIBUTION:**

Mark E. Schmidtke, For Defendants
Schmidtke Hoeppner Consultants LLP
103 E. Lincolnway
Valparaiso, IN 46383

Paul M. Kampfer, For Plaintiff
Binder & Binder
300 Rabro Dr., Suite 101
Hauppauge, NY 11788

David K. Fiveson, For Defendants
Butler, Fitzgerald, Fiveson & McCarthy
350 Fifth Ave., Suite 6215
New York, NY 10118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HARRIS LESMAN,

        Plaintiff,

        -against-

THE METROPOLITAN MUSEUM OF ART
LONG TERM DISABILITY PLAN AND
SUN LIFE INSURANCE AND ANNUITY
COMPANY OF NEW YORK,

        Defendants.
------------------------------------------------------X

1:06-cv-2946-RJH

## STIPULATION OF DISMISSAL

Come now the parties by their respective counsel and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

Dated: December 12, 2006.

_____
Mark E. Schmidtke
**SCHMIDTKE HOEPPNER CONSULTANTS LLP**
103 E. Lincolnway
Valparaiso, IN 46383
Ph.: 219-465-7368
Fx.: 219-464-1401
mschmidtke@hwelaw.com
Attorneys for Defendants

_____
Paul M. Kampfer
Binder & Binder
Binder & Binder
300 Rabro Dr., Suite 101
Hauppauge, NY 11788
Ph.: 631-582-1200
Attorneys for Plaintiff